COURT OF APPEALS OF VIRGINIA

Present: Judges Humphreys, McCullough and Senior Judge Bumgardner

EARNEST COLLINS

MEMORANDUM OPINION[*]

v.     Record No. 0014-13-3                                  PER CURIAM
                                                           APRIL 23, 2013

LEBO MINING CO. AND
  COMMERCE AND INDUSTRY INSURANCE COMPANY

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Stephen W. Mullins, on brief), for appellant.

(S. Vernon Priddy III; Sarah Y.M. Himmel; Two Rivers Law Group,
P.C., on brief), for appellees.

Earnest Collins (claimant) appeals a decision of the Workers' Compensation Commission

awarding him medical benefits pursuant to Code § 65.2-603 for the occupational disease of coal

worker's pneumoconiosis and affirming the deputy commissioner's denial of compensation for

the occupational disease pursuant to Code § 65.2-504(A)(1). Claimant contends the commission

erred by denying him compensation under Code § 65.2-504(A)(1).

We have reviewed the record and the commission's opinion and find that this appeal is

without merit. Accordingly, we affirm for the reasons stated by the commission in its final

opinion. See Collins v. Lebo Mining Co., JCN VA020-0000-4732 (Dec. 3, 2012). We dispense

with oral argument and summarily affirm because the facts and legal contentions are adequately

presented in the materials before the Court and argument would not aid the decisional process.

See Code § 17.1-403; Rule 5A:27.

Affirmed.

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.